**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1672**

---

In re: DERRICK EARL MILLER,

      Petitioner.

---

On Petition for Writ of Mandamus.  (6:04-cr-00022-JMC-1)

---

Submitted:  September 22, 2022                    Decided:  September 26, 2022

---

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Derrick Earl Miller, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Earl Miller petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court granted Miller's motion on August 2, 2022. Accordingly, because the district court has recently decided Miller's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*